David C. Parisi, Esq. (162248)
Suzanne Havens Beckman, Esq. (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ilan Chorowsky (*pro hac vice*)
PROGRESSIVE LAW GROUP LLC
222 W. Ontario Suite 310
Chicago, IL 60610
(312) 787-2717 (tel)
(888) 574-9038 (fax)
ilan@progressivelaw.com

Attorneys for plaintiff Ayelet Harpaz,
individually and on behalf of the general public
and all others similarly situated

**NOTE: CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYELET HARPAZ, individually and on behalf of the general public and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BELKIN INTERNATIONAL, INC., and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV 09-05897-VBF (PLAx)<br><br>**CLASS ACTION**<br><br>**ORDER RE STIPULATION AND PROTECTIVE ORDER**<br><br>Judge: Hon. Valerie Baker Fairbank |

**ORDER**

AND NOW, this 22nd day of March, 2010, the Stipulated Protective Order **as modified by the Court** is approved and adopted as an Order of the Court.

BY THE COURT:

*/s/ Paul L. Abrams*

Paul L. Abrams
United States Magistrate Judge

PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
(818) 990-1299

-2-
Proposed Order